UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
IN ADMIRALTY

08-22268-CIV-Hoeveler

IN RE: THE PETITION OF CONTENDER
FISHING TEAM, LLC AS OWNER OF THE
VESSEL FL3021NR FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,            Case No.

Petitioner.
_____/

**LIMITATION INJUNCTION**

THIS CAUSE coming before the Court on the Petition for Exoneration from or Limitation of Liability filed by Petitioner in the above-referenced action pursuant to Supplemental Rule F.

The Court being satisfied that the Petitioner has complied with all of the requirements of Subdivision 1 of Supplemental Rule F, the Court accordingly issues this Injunction enjoining the further prosecution of any action or proceeding against the Petitioner or the Petitioner's property with respect to any claim which is the subject of this action.

DONE AND ORDERED in chambers at Miami, Florida this 4th day of Sept., 2008.

_____
U.S. District Judge

cc: Charles G. De Leo, Esq.