### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-22268-CIV-HOEVELER/BANDSTRA

IN RE: THE PETITION OF CONTENDER
FISHING TEAM, LLC, Owner of the
VESSEL FL3021NR, for Exoneration
from or Limitation of Liability,

       Petitioner,

v.

CITY OF MIAMI, a Florida municipal
corporation,

       Respondent/Claimant.
_____/

CITY OF MIAMI, a Florida municipal
corporation,

       Third-party Plaintiff,

v.

THE NORTHERN ASSURANCE
COMPANY OF AMERICA, et al.,

       Third-party Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on the Report and Recommendation of

Magistrate Judge Ted E. Bandstra, filed July 13, 2011. Having reviewed the

thorough Report and Recommendation, and noting that the parties do not object, it

is hereby

ORDERED AND ADJUDGED that the Report and Recommendation be ADOPTED.  The Motion for Attorney's Fees and Costs is DENIED, and the Motion for Bill of Costs is GRANTED in the amount of $5,014.80.

DONE AND ORDERED in Chambers this 17th day of August 2011.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: counsel of record